65,593-02

**NO. 62,593**
**Trial Cause No. 762351**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE TEXAS COURT OF** |
| | § | |
| | § | |
| **BERNARDO ADAN TERCERO** | § | **CRIMINAL APPEALS** |

**MOTION TO FILE CD-ROM**
**EXHIBITS 9g, 9h, 10, and 11**
**to**

**SUGGESTION FOR THIS COURT TO RECONSIDER ON ITS**
**OWN MOTION MR. TERCERO'S SECOND APPLICATION**
**FOR HABEAS CORPUS, NO. 62,593-02**
**AND ACCOMPANYING**
**MOTION FOR STAY OF EXECUTION**

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

COMES NOW Movant, BERNARDO TERCERO, by and through his pro-bono counsel, Walter C. Long, and respectfully moves that he be allowed to file with this Court the accompanying CD-Rom with the remaining exhibits that could not be uploaded for electronic filing today.

This was the undersigned's first experience of e-filing to the Court of Criminal Appeals. Exhibits 9g and 9h contain large photographic documents and could not be uploaded.

Please forgive the inconvenience. Hard, bound copies of the Suggestion for Reconsideration and all exhibits will be filed early tomorrow morning in compliance with the rules.

Sincerely,

Walter C. Long
SBOT 24002491
P.O. Box 41557
Austin, Texas 78704
512-912-0722 (office)
512-554-2269 (cell)

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 8 2015

Abel Acosta, Clerk